NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7007

DIXON H. ISAAC

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-1608, Judge Alan G. Lance, Sr.

ON MOTION

ORDER

Upon consideration of Dixon H. Isaac's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

_JUN 2 5 2009_
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Kenneth M. Carpenter, Esq.
       Allison Kidd-Miller, Esq.

s20

ISSUED AS A MANDATE: JUN 2 5 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 5 2009

JAN HORBALY
CLERK